ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RIZI CHI a/k/a ) <br> KYUNGAE KIM, ) <br> ) <br> Defendant ) | CRIMINAL CASE NO. 07-00041 <br> **INDICTMENT** <br> FALSE USE OF A PASSPORT <br> [18 U.S.C. § 1543] |

THE GRAND JURY CHARGES:

On or about March 29, 2007, within the District of Guam and elsewhere, the defendant, RIZI CHI a/k/a KYUNGAE KIM, did willfully and knowingly use and attempt to use a false and altered passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Protection Inspector a Republic of Korea passport (no. YP1672740) in the name of

//
//
//

KYUNGAE KIM, and defendant knowing said passport was false, altered and did not belong to her, in violation of Title 18, United States Code, Section 1543.

Dated this __25th__ day of April, 2007.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number __07-00041__

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __X__ No

Defendant Name _____Rizi Chi_____

Allisas Name _____Kyungae Kim_____

Address _____

Birth date __XX/XX/1960__ SS# __N/A__ Sex __F__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** ___ No __X__ Yes    List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1543 | FALSE USE OF A PASSPORT | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __4/25/07__    Signature of AUSA: _[signature]_