AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

RIZI CHI also known as KYUNGAE KIM

**WARRANT FOR ARREST**

Case Number: CR-07-00041

**FILED**
DISTRICT COURT OF GUAM
APR 26 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RIZI CHI also known as KYUNGAE KIM___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

False Use of a Passport

in violation of Title ___18___ United States Code, Section(s) ___1543___

VIRGINIA T. KILGORE
Name of Issuing Officer

Signature of Issuing Officer: *Virginia T. Kilgore*

DEPUTY CLERK
Title of Issuing Officer

APRIL 25, 2007, HAGATNA, GUAM
Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

SIRONA PLAZA 108 HERNAN CORTEZ AVE. HAGATNA, GU 96910

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/26/07 | Robert Ramirez CBPO Enforcement | |
| DATE OF ARREST | | |
| 4/26/07 0835 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____