# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

| | |
|---|---|
| CASE NO.: CR-07-00041-001 | DATE: May 10, 2007 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**
Law Clerk: Judith P. Hattori     Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 1:43:36 - 2:33:35
CSO: J. Lizama

**APPEARANCES:**
Defendant: Rizi Chi aka Kyungae Kim     Attorney: John Gorman
☒ Present ☒ Custody ☐ Bond ☐ P.R.     ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Marivic P. David     U.S. Agent: Robert Ramirez, I.C.E.
U.S. Probation: John San Nicolas     U.S. Marshal: V. Roman / T. Muna
Interpreter: Foo Mee Chun Clinard     Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defense did not object to conducting the plea hearing for all defendants in CR-07-00040, CR-07-00041, and CR-07-00042 at the same time.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: August 8, 2007 at 10:00 a.m.
- Draft Presentence Report due to the parties: 7/11/2007
- Response to Presentence Report: 7/25/2007
- Final Presentence Report due to the Court: 8/1/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: