FILED
DISTRICT COURT OF GUAM

JUL 16 2007

MARY L.M. MORAN
CLERK OF COURT

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
RIZI CHI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00041 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT PRESENTENCE |
| | ) | REPORT |
| vs. | ) | |
| | ) | |
| RIZI CHI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, RIZI CHI, by and through counsel, John T. Gorman, Federal Public

Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation

Report.

DATED: Mongmong, Guam, July 13, 2007.

JOHN T. GORMAN
Attorney for Defendant
RIZI CHI

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on July 16, 2007:

MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

MARIA CRUZ
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 16, 2007.

RENATE A. DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant