LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Rizi Chi*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RIZI CHI, <br> Defendant. | Criminal Case 07-00041 <br><br> SUBSTITUTION OF COUNSEL |

Subject to the Order of the Court, Rizi Chi substitutes Lujan Aguigui & Perez LLP for the Federal Public Defender as her counsel of record.

Dated: July 20, 2007

_____
Rizi Chi, Defendant

Dated: July 23, 2007

Agreed:
**FEDERAL PUBLIC DEFENDER,**

_____
John Gorman, Esq.

Dated: July 20, 2007

Accepted:
**LUJAN AGUIGUI & PEREZ LLP,**

By: _____
David J. Lujan, Esq.
*Counsel for Defendant*

ORIGINAL