**LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone	(671) 477-8064
Facsimile	(671) 477-5297

*Attorneys for Rizi Chi*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIZI CHI,<br><br>Defendant. | Criminal Case 07-00041<br><br>ORDER FOR<br>SUBSTITUTION OF COUNSEL |

It is ordered that Lujan Aguigui & Perez LLP is substituted for the Federal Public Defender as counsel of record for Rizi Chi.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Jul 24, 2007**