LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297

*Attorneys for Rizi Chi*

**FILED**
DISTRICT COURT OF GUAM
JUL 30 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case 07-00041 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING UNTIL A DATE AFTER AUGUST 22, 2007 |
| RIZI CHI, | |
| Defendant. | |

Subject to the convenience of the Court, counsel for the parties stipulate that the sentencing of Rizi Chi may be continued to a date after August 22, 2007. The continuance is sought due to the recent entry of Lujan Aguigui & Perez LLP as counsel for the Defendant

Dated: July 30, 2007

LENARDO M. RAPADAS,
United States Attorney for
Guam and the NMI

_____
Marivic P. David, Esq.
Assistant U.S. Attorney

Dated: July 30, 2007

LUJAN AGUIGUI & PEREZ LLP,

_____
David J. Lujan, Esq.,
Counsel for the Defendant