# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00041-001                    DATE: July 31, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:01:54 - 10:05:43
CSO: B. Benavente

**APPEARANCES:**

Defendant: Rizi Chi aka Kyungae Kim          Attorney: Peter C. Perez

☑ Present  ☑ Custody  ☐ Bond  ☐ P.R.        ☑ Present  ☑ Retained  ☐ FPD  ☐ CJA

U.S. Attorney: Marivic P. David   U.S. Agent: Robert Ramirez, U.S. Customs & Border Protection
U.S. Probation: Maria Cruz        U.S. Marshal: C. Marquez
Interpreter: Julia Berg           Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defense did not object to conducting the hearing with CR-07-00042.
- Mr. Perez advised the Court that although his client can understand the Mandarin language she prefers a Korean interpreter.
- Defense counsel's oral motion for a brief continuance was granted.
- Proceedings continued to: August 10, 2007 at 2:00 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: