# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

### NOTICE

V.

**Rizi Chi aka Kyungae Kim**            CASE NUMBER:   **CR-07-00041-001**

TYPE OF CASE:

☐ **CIVIL**            **X   CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED SENTENCING**

**X**   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE  **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED  **Friday, August 10, 2007 at 2:00 p.m.** | RESCHEDULED TO DATE AND TIME  **Monday, August 13, 2007 at 10:00 a.m.** |
|---|---|---|

<u>**JEANNE G. QUINATA, CLERK OF COURT**</u>
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

<u>**August 8, 2007**</u>                    /s/ Leilani R. Toves Hernandez
DATE                                    (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
        Peter C. Perez, Esq.
        U.S. Probation Office
        U.S. Marshals Service