LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Rizi Chi*

**FILED**
DISTRICT COURT OF GUAM

AUG 1 3 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RIZI CHI,<br><br>    Defendant. | Criminal Case 07-00041 ORIGINAL<br><br>NOTICE OF FILING OF APPLICATION FOR ASYLUM WITH U.S. CITIZENSHIP & IMMIGRATION SERVICES AT CALIFORNIA SERVICE CENTER |

On August 11, 2007, an application for asylum was filed on behalf of the Defendant by Lujan Aguigui & Perez LLP by sending it through USPS Express Mail to the California Service Center of the U.S. Citizenship and Immigration Services at Laguna Niguel, California.

Dated: August 11, 2007

LUJAN AGUIGUI & PEREZ LLP,

*/s/*

Peter C. Perez, Esq.,
Counsel for the Defendant



# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE
### Post Office To Addressee

**Customer Copy** — Label 11-B, March 2004

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 96910
- Date Accepted: 8/1/07
- Time Accepted: 11:13 AM
- Flat Rate or Weight: 0 lbs 8.9 ozs
- Postage: $16.25
- Total Postage & Fees: $16.25

**FROM:** PHONE (671) 477-3064
Lujan Aguigui & Perez LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

**TO:** PHONE (1-300) 375-5233
California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVCS
24000 Avila Road, 2nd Flr, Rm 2312
Laguna Niguel CA 92677

ZIP+4: 92677+3400

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

EMS