LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Rizi Chi
aka Kyungae Kim*

FILED
DISTRICT COURT OF GUAM

AUG 3 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00041 |
| vs. | STIPULATION TO CONTINUE STATUS HEARING |
| RIZI CHI aka KYUNGAE KIM, | |
| Defendant. | |

The undersigned stipulate that status hearing set for August 31, 2007 at 1:30 p.m. be continued to a date no earlier than two (2) weeks thereafter to be selected by the court. This stipulation is requested by the Defendant on the ground that additional time is needed to address immigration issues prior to the entry of final judgment and an additional two (2) weeks time frame should sufficient to do so.

/ / /

SO STIPULATED this \_\_\_31st\_\_\_ day of August, 2007.

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant*

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

_____
**ROSETTA L. SAN NICOLAS, ESQ.**
*Assistant U.S. Attorney*

C-0107/859-00/0859/PCP/dmg

Page 2 of 2

USA v. Rizi Chi aka Kyungae Kim
Criminal Case No. 07-00041
**Stipulation to Continue Status Hearing**