LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Rizi Chi
aka Kyungae Kim*

FILED
DISTRICT COURT OF GUAM

AUG 3 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00041 |
| vs. | JUSTIFICATION CONTINUING STATUS HEARING |
| RIZI CHI aka KYUNGAE KIM, | |
| Defendant. | |

COME NOW the parties, the Untied States of America, and the Defendant, through her counsel, Peter C. Perez, and submit that the stipulation to continue the status hearing, in the above captioned matter, for the reason that Defendant needs additional time to address Defendant's immigration issues.

Dated this 31st day of August, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ *[signature]*

PETER C. PEREZ, ESQ.
*Attorneys for Defendant*

C-0107/859-00/0859/PCP/dmg