**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Rizi Chi
aka Kyungae Kim*

**IN THE UNITED STATES DISTRICT COURT**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00041 |
| vs. | **ORDER CONTINUING STATUS HEARING** |
| RIZI CHI aka KYUNGAE KIM, | |
| Defendant. | |

Whereas, the Stipulation to Continuance Status Hearing of August 31, 2007, was filed on August 31, 2007.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, **NOW THEREFORE**,

**IT IS HEREBY ORDERED** that the Stipulation to Continue Status Hearing is hereby granted. The status hearing previously set for August 31, 2007 at 1:30 p.m., shall be continued until September 14, 2007 at 11:00 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Aug 31, 2007