LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Rizi Chi
aka Kyungae Kim*

FILED
DISTRICT COURT OF GUAM
SEP 1 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00041 |
| vs. | STATUS REPORT |
| RIZI CHI aka KYUNGAE KIM, | |
| Defendant. | |

Defendant, RIZI CHI aka KYUNGAE KIM, by and through counsel, LUJAN AGUIGUI & PEREZ LLP advises the Court as follows:

1. On or about August 10, 2007 the defendant filed an application for asylum with the U.S. Citizenship and Immigration Services, California Service Center office.

2. On or about August 21, 2007 the U.S. Citizenship and Immigration Services office issued a Notice of Action advising that the asylum application should be filed with the Immigration Court which had jurisdiction over the prior proceeding in conjunction with a motion to reopen.

1

USA vs. Rizi Chi aka Kyungae Kim;
District Court Criminal Case No. CR07-00041
Status Report

ORIGINAL

3. The defendant is reconsidering whether or not she will file her application with the Immigration Court with a motion to reopen.

4. It is respectfully requested that entry of judgment occur on September 28, 2007.

Dated this 13th day of September, 2007.

                                       **LUJAN AGUIGUI & PEREZ** LLP

By: _____
                            **PETER C. PEREZ, ESQ.**
                            *Attorneys for Defendant Rizi Chi aka Kyungae Kim*

C-0107/859-00/0859/PCP/dmg

2

USA vs. Rizi Chi aka Kyungae Kim;
District Court Criminal Case No. CR07-00041
Status Report