ORIGINAL

1 | LEONARDO M. RAPADAS
United States Attorney
2 | MARIVIC P. DAVID
Assistant U.S. Attorney
3 | Sirena Plaza Suite 500
108 Hernan Cortez Avenue
4 | Agana, Guam 96910
Telephone: (671) 472-7332
5 | Telecopier: (671) 472-7334

6 | Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 17 2007

JEANNE G. QUINATA
Clerk of Court

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

10 | UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 07-00041
                                )
11 |               Plaintiff,    )    GOVERNMENT'S STATEMENT
                                )    REGARDING STATUS REPORT
12 |          vs.                )    OF DEFENDANT
                                )
13 | RIZI CHI a/k/a              )
     KYUNGAE KIM,               )
14 |                            )
               Defendant.       )
15 | _____)

16

17 | 1.  On August 13, 2007, the defendant appeared for sentencing and was informed that

18 | a sentence of time served (of approximately 110 days), upon other things, would

19 | be imposed. To date the defendant remains in custody with the U.S. Marshals

20 | Service.

21 | 2.  Entry of Judgment of Conviction has been postponed upon request of defendant

22 | for the reason that additional time was necessary to address immigration issues,

23 | i.e., the status of the filing of an asylum application with the U.S. Citizenship and

24 | Immigration Services (C.I.S.).

25 | 3.  On September 14, 2007, the defendant stated that the C.I.S. issued a Notice of

26 | Action on August 21, 2007, and advised that the asylum application or a motion to

27 | reopen should be filed with the Immigration Court which had jurisdiction over the

28 | 1

1  prior proceeding.  To date the defendant has not filed any motion to reopen any

2  proceeding with the Immigration Court since being advised of the above-

3  referenced Notice of Action.

4.  U.S. Customs and Border Protection Officer Robert Ramirez, who is also the case

    agent of this case, has advised that his agency will not summarily remove the

    defendant without affording her the opportunity to attempt to reopen her previous

    asylum case before the Immigration Court.

5.  Further, I am informed by the assigned staff for U.S. Customs and Border

    Protection, Helen Bouras, 555 Battery Street, San Francisco, CA 94111,

    telephone number (415) 782-9470 of the following (a) defendant withdrew an

    initial request for asylum before the Immigration Court on or about

    April 26, 2007; (b) defendant may seek reopening of that case by filing a motion

    to reopen/reconsider in accordance with the provisions of 8 C.F.R. § 1003.23

    et seq.; (c) in Immigration Court proceedings, the government is represented by

    a representative from the U.S. Immigration and Customs Enforcement,

    596 Ala Moana Blvd., Honolulu, HI 96813, who will evaluate the merits of

    defendant's motion to reopen/reconsider and will then file a response to

    defendant's motion to reopen/reconsider; and (d) the Immigration Court may

    or may not grant the motion to reopen/reconsider.

6.  A Judgment of Conviction should be entered as soon as possible, preferably, and

    certainly no later than September 28, 2007, and the defendant be remanded to the

    U.S. Customs and Border Protection for further immigration processing.

RESPECTFULLY SUBMITTED this _17th_ day of September 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

MARIVIC P. DAVID
Assistant U.S. Attorney

2