ORIGINAL

Chi_Rizi.mtn

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 2 3 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>RIZI CHI<br>aka KYUNGAE KIM,<br><br>          Defendant. | CRIMINAL CASE NO. 07-00041<br><br>**MOTION FOR PAYMENT OF SPECIAL ASSESSMENT FEE AND/OR FINE** |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, and moves, pursuant to 18 U.S.C. Section 3572(d), for an Order requiring the Bureau of Immigration and Customs Enforcement to pay to the Clerk, United States District Court of Guam, the amount of $1,100.00 in satisfaction of the $100.00 special assessment fee and $1,000.00 fine assessed against the Defendant, RIZI CHI aka KYUNGAE KIM, and in support states as follows:

1. At the time of the Defendant's arrest, approximately $2,155.00 in United States currency was seized from her and has been in the possession of the Bureau of Immigration and Customs Enforcement ("BICE"), [Exhibit "A"].

2. 18 U.S.C. § 3572(d) provides that: "A person sentenced to pay a fine or other monetary penalties shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installment."

//

3. The United States requests that, from said funds in the custody of the BICE, an amount of $1,100.00 be paid to the Clerk, United States District Court of Guam, in full satisfaction of the special assessment fee and/or fine assessed against Defendant RIZI CHI aka KYUNGAE KIM at her sentencing hearing held on August 13, 2007 which was entered on October 12, 2007, and the remaining balance returned to Defendant.

RESPECTFULLY SUBMITTED this 22nd day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

☆ U.S GOVERNMENT PRINTING OFFICE 1996-411-024

**U.S. Department of Justice**
Immigration and Naturalizaton Service

## Property Receipt

( ▬▬▬ ) A76 209 508 ( ▬▬▬ )

| Facility: CBP/GTAT/AGA | Date: 29 MAR 2007 |
|---|---|

Name: CHU, RIZI (AKA: KIM, KYUNG AE)

| Quantity | Description |
|---|---|
| 21 | $100.00 US |
| 1 | $20.00 US |
| 1 | $10.00 US |
| 5 | $5.00 US |
| 1 | LADIES WATCH, GOLD IN COLOR |
| 1 | RING, GOLD IN COLOR W/CENTER STONE AND 16 WHITE STONES |
| 1 | FILM CAMERA, SILVER COLOR |
| | — NOTHING FOLLOWS — |

By: Detention Officer

Detention Officer

**Original**
Form G-589 (Rev. 2-1-85) N    **No.** 1660033

EXHIBIT A