1  **CHI_Rizi.mtnord**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

8                 IN THE UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF GUAM

10

11 UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 07-00041
                                      )
              Plaintiff,              )
12                                    )         **O R D E R**
              v.                      )
13                                    )    Re: United States Motion for Payment
   RIZI CHI                           )        of Special Assessment Fee and/or Fine
14 aka KYUNGAE KIM,                   )
                                      )
15            Defendant.              )
   _____)

16

17      Based upon the Plaintiff's Motion for Payment of Special Assessment and/or Fine, the

18 Court hereby orders the Bureau of Immigration and Customs Enforcement deposit to the Clerk,

19 United States District Court of Guam, the amount of $1,100.00 that was obtained from

20 Defendant, RIZI CHI aka KYUNGAE KIM, upon her arrest in full satisfaction of the $100.00

21 special assessment fee and $1,000.00 assessed against Defendant at her sentencing hearing held

22 on August 13, 2007 and entered on October 12, 2007.  Any remaining balance of funds shall be

23 returned to Defendant.

24      **IT IS SO ORDERED**.

25

26                              **/s/ Frances M. Tydingco-Gatewood**
                                       **Chief Judge**
27                                **Dated: Oct 23, 2007**

28